# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 13, 2015

*By the Court:*

| | |
|---|---|
| MOHAMED BOURAS,<br>        Petitioner, | ] Petition for Review of<br>] an Order of the Board of<br>] Immigration Appeals. |
| No. 14-2179            v. | ]<br>] No. A089-601-787 |
| ERIC H. HOLDER, JR., Attorney<br>General of the United States,<br>        Respondent. | ]<br>]<br>] |

   **IT IS ORDERED** that the amended dissenting opinion issued on March 13, 2015, is **SUBSTITUTED** for the dissenting opinion issued on March 4, 2015, which is now **WITHDRAWN**. No change has been made to the majority opinion.